# United States District Court
## Southern District of Georgia

CALVIN JAMES

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV421-327

JUDGE WILLIAM T. MOORE; MAGISTRATE JUDGE
CHRISTOPHER L. RAY; DIST. COURT CLERK

Defendants,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated July 13, 2022, Plaintiff's Complaint is Dismissed Without Prejudice. This action stands closed.

July 13, 2022
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020